Eastern District of Kentucky
FILED

MAR 0 4 2026

AT FRANKFORT
Robert R. Carr
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## ASHLAND

**CRIMINAL ACTION NO. 0:26-cr-00007-GFVT-EBA-1**

**UNITED STATES OF AMERICA**                    **PLAINTIFF**

**V.**                    **VERDICT FORM**

**JEREMY T. BRYSON**                    **DEFENDANT**

\* \* \* \* \*

We, the jury, unanimously find the following:

## COUNT 1

Question 1: As to **first Count** of the superseding indictment for Conspiracy to Distribute and Dispense Schedule II and Schedule IV Controlled Substances in an unauthorized manner, we the jury, unanimously find defendant **Jeremy T. Bryson**:

Guilty __✗__                    Not Guilty _____

If you answered guilty for Count 1, proceed to Question 1(a) below. If you answered not guilty for Count 1, proceed to the next Count.

Question 1(a). With respect to Count 1, please select the schedule(s) of controlled substance(s) below that the Defendant agreed would be distributed or dispensed in the course of the conspiracy charged in Count 1 (answer unanimously by checking only one line below):

___✗___ Both Schedule II and Schedule IV

_____ Schedule II only

_____ Schedule IV only

## COUNT 2

Question 2: As to **the Second Count** of the superseding indictment for Distributing and Dispensing a Schedule II Controlled Substance in violation of federal law, we the jury, unanimously find defendant **Jeremy T. Bryson:**

Guilty ____X____                                    Not Guilty _____

## COUNT 3

Question 3: As to **the Third Count** of the superseding indictment for Distributing and Dispensing a Schedule II Controlled Substance in violation of federal law, we the jury, unanimously find defendant **Jeremy T. Bryson:**

Guilty ____X____                                    Not Guilty _____

## COUNT 4

Question 4: As to **the Fourth Count** of the superseding indictment for Distributing and Dispensing a Schedule II Controlled Substance in violation of federal law, we the jury, unanimously find defendant **Jeremy T. Bryson:**

Guilty ____X____                                    Not Guilty _____

## COUNT 5

Question 2: As to **the Fifth Count** of the superseding indictment for Distributing and Dispensing a Schedule II Controlled Substance in violation of federal law, we the jury, unanimously find defendant **Jeremy T. Bryson:**

Guilty ____X____                                    Not Guilty _____

## COUNT 6

Question 6: As to **the Sixth Count** of the superseding indictment for Distributing and Dispensing a Schedule II Controlled Substance in violation of federal law, we the jury, unanimously find defendant **Jeremy T. Bryson:**

Guilty ___X___                    Not Guilty _____

## COUNT 7

Question 7: As to **the Seventh Count** of the superseding indictment for Distributing and Dispensing a Schedule II Controlled Substance in violation of federal law, we the jury, unanimously find defendant **Jeremy T. Bryson:**

Guilty ___X___                    Not Guilty _____

## COUNT 8

Question 8: As to **the Eighth Count** of the superseding indictment for Conspiracy to Use the Drug Enforcement Agency Registration of Another, we the jury, unanimously find defendant **Jeremy T. Bryson:**

Guilty ___X___                    Not Guilty _____

## COUNT 9

Question 9: As to **the Ninth Count** of the superseding indictment for Engaging in a Monetary Transaction in Criminally Derived Property, we the jury, unanimously find defendant **Jeremy T. Bryson:**

Guilty ___X___                    Not Guilty _____



FOREPERSON _____106_____    DATE _3/4/2026_